ALF. MILLER v. JOHN M. EAVES.

Arbitration and Award.

> Where an arbitrator, discloses the fact that he has personal knowledge
> of part of the transaction, but not released from acting, the plaintiff
> cannot subsequently complain, and an exception to the award on that
> ground was properly overruled.

APPEAL FROM M'LEAN CIRCUIT COURT.

December 10, 1869.

OPINION OF THE COURT BY JUDGE WILLIAMS:

The fact that Sanders Eaves had personal knowledge as to one
of the transactions, to be investigated by the arbitrators, was dis-
closed by him, apparently for the purpose of being released from
the position of an arbitrator, between his son and the appellant,
for which the latter himself had selected him; but the objection
of the appellant seems to have been made, upon an agreement
being made by the appellee, that said Eaves would not be examined
as a witness. That agreemnt was not violated, and under the
circumstances there was no impropriety in said Eaves acting, as
he had been appointed to act, as one of the arbitrators, and it
seems to us the court properly overruled the exception to the award
based on these facts.

Whether the court erred in so overruling said exception being
the only question presented on this appeal, the judgment is
*affirmed.*

*Tanner, for appellant.*

*Eaves, for appellee.*